# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GERALDMONICE WILLIAMS,

    Plaintiff,                        CASE NO. 04-73615

-vs-                                        PAUL D. BORMAN
                                           UNITED STATES DISTRICT JUDGE

COMMISSIONER OF                   MONA K. MAJZOUB
SOCIAL SECURITY,                    MAGISTRATE JUDGE

    Defendant.
_____/

## ORDER (1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Court has reviewed the Magistrate Judge's Report and Recommendation, filed on November 28, 2005, as well as any objections filed thereto.

**IT IS ORDERED** that the Report and Recommendation is accepted and entered as the findings and conclusions of this Court, and Plaintiff's Motion for Summary Judgment is DENIED

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: January 31, 2006

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 31, 2006.

                                                s/Jonie Parker
                                                Case Manager